Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | **3:25-cv-01741-SI** |
| v. | : : | NOTICE OF APPEARANCE TCPA (47 U.S.C. § 227) |
| AMP FIT, INC. | : : | DEMAND FOR JURY TRIAL |
| Defendant. | : : / | |

**<u>NOTICE OF APPEARANCE</u>**

TO THE PROTHONOTARY:

   Kindly enter my appearance as counsel for Plaintiff in this matter.


DATED this 22nd day of October, 2025.

                                    s/Andrew Roman Perrong
                                    Andrew Roman Perrong, OSB No. 243320
                                    a@perronglaw.com
                                    Perrong Law LLC
                                    2657 Mount Carmel Avenue
                                    Glenside, PA 19038
                                    215-225-5529
                                    *Lead Attorney for Plaintiff and the Proposed Class*


Complaint                                    1